IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THOMAS H. KNUTSEN, | ) | 4:05CV3177 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant | ) | |

This matter is before the court upon Plaintiff's motion seeking an additional thirty days to submit his brief. (Filing 8.) I find that the motion should be granted and will revise the brief schedule accordingly.

IT IS ORDERED:

1. The motion in filing 8 is granted, and the briefing dates established by prior order are amended as set forth in this order;

2. Plaintiff shall submit a brief by October 30, 2005;

3. Defendant shall submit a brief by November 30, 2005;

4. Plaintiff may submit a reply brief by December 15, 2005;

5. This case shall be ripe for decision on December 16, 2005.

September 30, 2005.                          BY THE COURT:

*s/Richard G. Kopf*
United States District Judge